# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ELESHEA REID AND MICHAEL MATTHEWS,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE UTILITY MANAGEMENT, INC., STEPEHEN SCOTT MANAGEMENT, INC., CEDAR PASS SOUTH, LLC, BADER MANAGEMENT, INC., AND YES ENERGY MANAGEMENT, INC.,<br><br>Defendants. | Case No. 24-CV-368 (NEB/JFD)<br><br>AMENDED ORDER ON MOTIONS TO DISMISS |

The parties appeared before the Court on September 30, 2024, for a hearing on Defendants' motions to dismiss, (ECF Nos. 71, 76, 82.) For the reasons stated on the record at the hearing,

IT IS HEREBYORDERED THAT: defendants' motions to dismiss (ECF Nos. 71, 76, 82) are GRANTED. The federal claims are dismissed with prejudice; the state-law claims as to YES Energy are dismissed with prejudice; the state-law claims as to RealPage Utility Management, Stephen Scott Management, and Cedar Pass South, and Bader

Management are dismissed without prejudice.

Dated: October 7, 2024          BY THE COURT:

                                               s/Nancy E. Brasel
                                               Nancy E. Brasel
                                               United States District Judge