# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Eleshea Reid, Michael Matthews, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 24-cv-368 NEB/JFD |
| RealPage Utility Management, Inc., Stephen Scott Management, Inc., Cedar Pass South, LLC, Bader Management, Inc., YES Energy Management, Inc., | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based on the foregoing and on all the files, records, and proceedings herein, YES Energy's motion for sanctions (ECF No. 82.) is DENIED.

Date: 10/30/2024                                                         KATE M. FOGARTY, CLERK