# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Eleshea Reid, Michael Matthews, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 24-cv-368 NEB/JFD |
| RealPage Utility Management, Inc., Stephen Scott Management, Inc., Cedar Pass South, LLC, Bader Management, Inc., YES Energy Management, Inc., | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Clerk of Court shall ENTER JUDGMENT based on the Court's decision memorialized in the October 3, 2024 Order, (ECF No. 105), which held as follows:

1. The defendants' motions to dismiss (ECF Nos. 71, 76, 82) are granted;

2. The federal claims against the defendants are dismissed with prejudice;

3. The state-law claims as to YES Energy Management, Inc., are dismissed with prejudice; and

4. The state-law claims as to RealPage Utility Management, Inc., Stephen Scott Management, Inc., Cedar Pass South, LLC, and Bader Management, Inc. are dismissed without prejudice.

Date: 11/7/2024                                               KATE M. FOGARTY, CLERK